1  ISMAIL J. RAMSEY (CABN 189820)
   United States Attorney

2

3  MARTHA BOERSCH (CABN 126569)
   Chief, Criminal Division

4  DANIEL PASTOR (CABN 297948)
   Assistant United States Attorney

5
      450 Golden Gate Avenue, Box 36055
6     San Francisco, California 94102-3495
      Telephone: (415) 436-7200
7     FAX: (415) 436-7234
      daniel.pastor@usdoj.gov
8
   Attorneys for United States of America
9

                    UNITED STATES DISTRICT COURT

                   NORTHERN DISTRICT OF CALIFORNIA

                        SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | CASE NO. 3:17-CR-0533-EMC |
|---|---|---|
| Plaintiff, | ) | **NON OPPOSITION OF THE UNITED STATES TO THIRD PARTY PETITIONER STEPEHN MEZA'S ANCILLARY PETITION** |
| v. | ) | |
| JONATHAN NELSON, et al., | ) | |
| Defendants. | ) | |

The United States submits this non-opposition to the petition of third party Stephen Meza Claiming Interest in Property Seized from 648 Auburn St., Tulare, CA on November 20, 2017 (Dkt. 3809).

                                          Respectfully submitted,

DATED: January 2, 2025                    ISMAIL J. RAMSEY
                                          United States Attorney

                                          __/s/_____
                                          DANIEL PASTOR
                                          Assistant United States Attorney

NON-OPPOSITION TO STEPHEN MEZA ANCILLARY PETITION
3:17-CR-0533-EMC